In the Matter of the Claim of MEYER BERNER, Respondent, against CARUSO & WOLPERT et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — when injured employee entitled to award for injury although lump sum award for another prior injury had been made in an amount sufficient for total disability covering a period not yet expired.*

*Berner v. Caruso & Wolpert, 201 App. Div. 866, affirmed.*

(Argued April 17, 1922; decided May 2, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 14, 1922, affirming an award of the state industrial

board made under the Workmen's Compensation Law. Claimant, a carpenter, was injured in July, 1920, as the result of an accident arising out of and in the course of his employment. For a previous injury which he had received in 1917 he had been awarded a lump sum sufficient in amount for a total disability covering a period of time which will not expire until March, 1924. The question was whether an additional award could be made for the present injury.

*Jeremiah F. Connor* and *Frederick Mellor* for appellants.

*Charles D. Newton, Attorney-General* (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.